IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| v. | |
| SANDY GLUCKSMAN | NO. 03-757-02 |

### O R D E R

**AND NOW**, this 29th day of July, 2014, upon consideration of Government's Motion to Dismiss Indictment (Document No. 240, filed October 10, 2012), the Motion having been misplaced and not brought to the attention of the undersigned Judge until July 28, 2014, and the Government having confirmed on July 28, 2014, that defendant, Sandy Glucksman, was still a fugitive, and that it was appropriate to dismiss the Indictment against her under those circumstances, **IT IS ORDERED** that the Government's Motion to Dismiss Indictment is **GRANTED**, and the Superseding Indictment against defendant, Sandy Glucksman, is **DISMISSED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.